JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN LOPEZ ALVARADO, et al.,

    Defendants.

)
) No. CR-S-11-134 JAM
)
)
) STIPULATION AND
) ORDER CONTINUING STATUS
) CONFERENCE
)
)
) Date: January 31, 2012
) Time: 9:30 a.m.
) Judge: Honorable John A. Mendez
)
)
)

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Edward Michael Tulysewski, Michael L. Chastaine, Esq., counsel for defendant Michael Caspillo, Johnny L. Griffin, III, counsel for defendant Fred Pineda, John R. Manning, Esq., and counsel for defendant Jose Mario Medrano, Matthew McCrary Scoble, Esq., that the status conference presently set for December 13, 2011 be **continued to January 31, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference. Defendant Estanislao Garcia, represented by Danny D. Brace, Jr., Esq., wishes to remain on calendar.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial and that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section

1

PDF created with pdfFactory trial version www.pdffactory.com

3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, December 12, 2011, to and including January 31, 2012. This is based on the complexity of the case; including over 5,000 pages of discovery as well as three discs of recorded phone calls, and the fact there are five co-defendants (a total of 13 Indicted). Defendants are currently incarcerated at the Butte County Jail in Oroville, California; approximately 120 miles roundtrip from downtown Sacramento. Due to the voluminous discovery in this matter numerous trips are required to effectively review the discovery; investigation reports; and, discuss USSG calculations.

IT IS SO STIPULATED.

Dated: December 12, 2011  /s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for Defendant
Edward Michael Tulysewski

Dated: December 12, 2011  /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Michael Caspillo

Dated: December 12, 2011  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Fred Pineda

Dated: December 12, 2011  /s/ Matthew McCrary Scoble
MATTHEW MCCRARY SCOBLE
Attorney for Defendant
Jose Mario Medrano

Dated: December 12, 2011  Benjamin B. Wagner
United States Attorney

by:  /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

2

PDF created with pdfFactory trial version www.pdffactory.com

```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JUAN LOPEZ ALVARADO, et al.,<br><br>   Defendants. | No. CR-S-11-134 JAM<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the December 13, 2011 status conference be continued to January 31, 2012 at 9:30 a.m., with the exception of defendant Estanislao Garcia who wishes to remain on calendar. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by defense counsel).

IT IS SO ORDERED.

Dated: 12/12/2011                                         /s/ John A. Mendez
                                                          John A. Mendez
                                                          United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com