DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MEDRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-134-JAM |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | DATE: July 10, 2012 |
| JUAN LOPEZ ALVARADO et al, | ) | Time: 9:45 a.m. |
| | ) | JUDGE: Hon. John A. Mendez |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through, MICHAEL BECKWITH, Assistant U.S. Attorney, defendant, JOSE MEDRANO by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DANNY BRACE JR., attorney for ESTANISLAO GARCIA, MICHAEL CHASTAIN, attorney for EDWARD TULYSEWSKI, and JOHN MANNING, attorney for FRED PINEDA, that the status conference set for Tuesday, June 5, 2012, be continued to Tuesday, July 10, 2012, at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to

provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, May 30, 2012, through July 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

Dated: May 30, 2012              Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Matthew M. Scoble
                                 MATTHEW M. SCOBLE
                                 Assistant Federal Defender
                                 Attorney for JOSE MEDRANO


                                 /s/ Matthew M. Scoble for
                                 DANNY BRACE JR.
                                 Attorney for ESTANISLAO GARCIA


                                 /s/ Matthew M. Scoble for
                                 MICHAEL CHASTAIN
                                 Attorney for EDWARD TULYSEWSKI


                                 /s/ Matthew M. Scoble for
                                 JOHN MANNING
                                 Attorney for FRED PINEDA


Dated: May 30, 2012              BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Matthew M. Scoble for
                                 MICHAEL BECKWITH
                                 Assistant U.S. Attorney

2

# O R D E R

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  It is ordered that the status conference presently set for June 5, 2012, be continued to July 10, 2012, at 9:45 a.m.  The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, May 30, 2012, up to and including, the July 10, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: 5/30/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge