**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
MICHAEL CASPILLO

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00134-JAM |
| Plaintiff, | **ORDER TO RECONVEY REAL PROPERTY** |
| vs. | DATE: January 15, 2013 |
| MICHAEL CASPILLO, | |
| Defendant. | Hon. John A. Mendez |

### ORDER

The Court hereby grants the request to reconvey real property posted to secure Defendant's pre-trial release and authorize the Clerk of the United States District Court to reconvey real property to property owners Frederick Caspillo and Eunice Caspillo. The property is described as follows: 104 Diggins Drive, Folsom, CA 95630. The property information is as follows: (1) 104 Diggins Drive, Folsom, CA 95630. (2) APN number: 071-1230-035-0000. (3) Sacramento County Recorders Document Number: 006801077.

**IT IS SO ORDERED.**

Dated: 1/16/2013           /s/ John A. Mendez
                           Hon. John A. Mendez
                           United States District Court Judge