UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>JUAN RODOLPHO LOPEZ ALVARADO, et al.,<br><br>                  Defendants. | Case No. 2:11-CR-00134 JAM |
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>CAESAR RAFAEL TORRES, et al.,<br><br>                  Defendants. | RELATED CASE ORDER<br><br>Case No. 2:10-CR-00455 MCE |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1   The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge; no consolidation of the actions is
4 effected.
5   IT IS THEREFORE ORDERED that the action denominated 2:10-CR-
6 00455-MCE be reassigned to Judge John A. Mendez for all further
7 proceedings, and any dates currently set in this reassigned case
8 <u>only</u> are hereby VACATED.  Henceforth, the caption on documents
9 filed in the reassigned cases shall be shown as 2:10-CR-00455-JAM.
10   IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of criminal cases to
12 compensate for this reassignment.
13   IT IS SO ORDERED.
14 Dated: January 23, 2013.

          /s/ John A. Mendez_____
          U. S. DISTRICT COURT JUDGE