**FILED**

APR - 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  1111 H Street, # 204
3  Sacramento, CA. 95814
   (916) 444-3994
4  Fax (916) 447-0931

5  Attorney for Defendant
   FRED PINEDA
6

7            IN THE UNITED STATES MAGISTRATE COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        ) No. 2:11-cr-00134 JAM-12
                                     )
11       Plaintiff,                  )
                                     ) PROPOSED ORDER
12  v.                               )
                                     )
13  FRED PINEDA,                     )
                                     )
14                                   )
         Defendant.                  )
15                                   )
                                     )
16                                   )
                                     )
17  _____

18  GOOD CAUSE SHOWN,

19       IT IS HEREBY ORDERED Fred Pineda be released to Mr. Tobie Bonine, the defense

20  investigator, who will serve as a third party custodian of Mr. Pineda. Mr. Bonine is directed to
21
22  transport and accompany Mr. Pineda to his grandmother's funeral service (held at Saint

23  Georges Catholic Church [120 W. 5th St., Stockton Ca]) and burial service (held at San

24  Joaquin Catholic Cemetery [719 E. Harding Way, Stockton Ca]). Mr. Bonine will further

25  accompany Mr. Pineda to the wake (following the funeral) to be held at 162 Horton, Stockton
26
    Ca.
27

28       Mr. Bonine is ordered to pick Mr. Pineda up from the Butte County jail at 7:00 a.m. on

3

April 4, 2013 and return Mr. Pineda to the Butte County jail no later than 7:00 p.m. on

April 4, 2013. Mr. Pineda is ordered to comply with all directions of third party custodian Tobie

Bonine.

IT IS SO ORDERED

Dated: 4/3/13

_____
HON. DALE A. DROZD
United States Magistrate Court
Eastern District of California