```
 1  JOSEPH SCHLESINGER, Bar# 87692
    Acting Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JOSE MEDRANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 11-134-JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | DATE: May 14, 2013 |
| JUAN LOPEZ ALVARADO et al, | ) | Time: 9:45 a.m. |
| | ) | JUDGE: Hon. John A. Mendez |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through, MICHAEL BECKWITH, Assistant U.S. Attorney, defendant, JOSE MEDRANO by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, ARTURO HERNANDEZ, attorney for ESTANISLAO GARCIA, that the status conference set for Tuesday, May 7, 2013, be continued to Tuesday, May 14, 2013, at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Defendant Jose Medrano and his attorney have been in negotiations with the government and are close to reaching an agreement.  Counsel for Mr.

Medrano anticipates that by the requested court date, May 14, Mr. Medrano will be prepared to enter a change of plea.

The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, May 3, 2013, through May 14, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

Dated: May 3, 2013       Respectfully submitted,

                         JOSEPH SCHLESINGER
                         Acting Federal Defender


                         /s/ Matthew M. Scoble
                         MATTHEW M. SCOBLE
                         Assistant Federal Defender
                         Attorney for JOSE MEDRANO


                         /s/ Matthew M. Scoble for
                         ARTURO HERNANDEZ
                         Attorney for ESTANISLAO GARCIA


Dated: May 3, 2013       BENJAMIN B. WAGNER
                         United States Attorney

                         /s/ Matthew M. Scoble for
                         MICHAEL BECKWITH
                         Assistant U.S. Attorney

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for May 7, 2013, be continued to May 14, 2013, at 9:45 a.m. The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, May 3, 2013, up to and including, the May 14, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: 5/3/2013  /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge