MICHAEL L. CHASTAINE (SBN 121209)
Chastaine Law Office
2377 Gold Meadow Way, Suite 100
Gold River, CA. 95670
(916) 932-7150
Fax (916) 526-2677

Attorney for Defendant
Edward Tulysewski

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDWARD TULYSEWSKI, et al.,<br><br>　　　　Defendants. | No. CR-S-11-134 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br><br>Date: , July 9, 2013<br>Time: 9:45 a.m.<br>Judge: Honorable John A. Mendez |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Edward Michael Tulysewski, Michael L. Chastaine, Esq., that the sentencing hearing presently set for June 4, 2013 be **continued to July 9, 2013, at 9:45 a.m.,** thus **vacating** the presently set sentencing hearing.

　　　　Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial and that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, February 5, 2013, to and including June 4, 2013.

1

The requested continuance is to allow additional time for both sides to prepare for the sentencing, to allow co-defendants to resolve their cases, and the fact that the defendant is currently incarcerated at the Butte County Jail in Oroville, California; approximately 120 miles roundtrip from downtown Sacramento. All parties agree that it is appropriate and necessary to allow the co-defendants to resolve their cases prior to Mr. Tulysewski being sentenced.

IT IS SO STIPULATED.

Dated: May 31, 2013                          /s/ Michael L. Chastaine
                                                           MICHAEL L. CHASTAINE
                                                           Attorney for Defendant
                                                           Edward Michael Tulysewski

Dated: May 31, 2013                          Benjamin B. Wagner
                                                           United States Attorney

                                   by:    /s/ Michael M. Beckwith
                                                           MICHAEL M. BECKWITH
                                                           Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the June 4, 2013 sentencing hearing be continued to July 9, 2013 at 9:45 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by defense counsel) from June 4, 2013 to July 9, 2013.

IT IS SO ORDERED.

Dated: 5/31/2013 /s/ John A. Mendez
John A. Mendez
United States District Court Judge