1 BENJAMIN B. WAGNER
United States Attorney
2 MICHAEL M. BECKWITH
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA, | CASE NO. CR S 2:11-0134 JAM

12                 Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT

13      v.

14 JAVIER LARA-LOPEZ,

15                 Defendant.

16

17 **ORDER**

18 For the reasons set forth in the motion to dismiss filed by the

19 United States, **IT IS HEREBY ORDERED** that:

20 The indictment in Case No. 2:11-cr-0134 JAM as to defendant

21 JAVIER LARA-LOPEZ is hereby DISMISSED without prejudice pursuant to

22 Federal Rule of Criminal Procedure 48(a).

23

24 DATED: 8/28/2013

25                                             /s/ John A. Mendez_____

26                                             UNITED STATES DISTRICT COURT JUDGE

27

28