JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRED PINEDA,

    Defendant.

No. CR-S-11-134-JAM

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT SENTENCING

Date: November 12, 2013
Time: 9:45 a.m.
Judge: John A. Mendez

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 15, 2013. Counsel for the parties request the date for judgment and sentencing be continued to November 12, 2013 at 9:45 a.m. Counsel for Mr. Pineda needs additional time to meet with Mr. Pineda, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections as necessary. Assistant U.S. Attorney Michael Beckwith and USPO Ronnie Preap have been advised of this request and have no objection. The parties requests the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **11/12/13** |
| Reply, or Statement of Non-Opposition: | 11/5/13 |

1

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/29/13 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 10/22/13 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 10/15/13 |

IT IS SO STIPULATED.

Dated: September 24, 2013    /s/ John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Fred Pineda

Dated: September 24, 2013    Benjamin B. Wagner
                             United States Attorney

                         by: /s/ Michael Beckwith
                             MICHAEL BECKWITH
                             Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 25th day of September, 2013.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE