JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-134-JAM |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT SENTENCING |
| v. | ) ) | |
| FRED PINEDA, | ) ) | Date: December 10, 2013 |
| Defendant. | ) ) ) | Time: 9:45 a.m. Judge: John A. Mendez |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for November 12, 2013. Counsel for the parties request the date for judgment and sentencing be continued to December 10, 2013 at 9:45 a.m. Counsel for Mr. Pineda needs additional time to meet with Mr. Pineda, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections as necessary. Assistant U.S. Attorney Michael Beckwith and USPO Ronnie Preap have been advised of this request and have no objection. The parties requests the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:** **12/10/13**

   Reply, or Statement of Non-Opposition: 12/3/13

1

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/26/13 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 11/19/13 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 11/12/13 |

IT IS SO STIPULATED.

Dated: October 23, 2013  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Fred Pineda

Dated:  Benjamin B. Wagner
United States Attorney

by: /s/
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 1st day of November, 2013.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT JUDGE